# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA

_____

| | |
|---|---|
| **Broderick William Seay, Jr.,** ) | C/A No.:  2:17-2814-TMC-MGB |
| ) | |
| **Petitioner,** ) | |
| vs. ) | |
| ) | **MOTION FOR SUMMARY JUDGMENT** |
| **Sheriff Al Cannon,** ) | |
| ) | |
| **Respondent.** ) | |
| _____ ) | |

Respondent, by and through the undersigned attorneys, would respectfully move this Court, pursuant to Rule 56(b) Fed.R.Civ.P, for summary judgment.

Respectfully submitted,

ALAN WILSON
Attorney General

DONALD J. ZELENKA
Deputy Attorney General

MELODY J. BROWN
Senior Assistant Deputy Attorney General
ID No. 7979

Post Office Box 11549
Columbia, South Carolina 29211
(803) 734-6305

s/Melody J. Brown
By:_____
    MELODY J. BROWN
ATTORNEYS FOR RESPONDENT

February 2, 2018.
Columbia, South Carolina.